LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-03128 BRO (VBKx) | Date | June 10, 2014 |
|---|---|---|---|
| Title | BRANDON PALACIO V. JPMORGAN CHASE & CO. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

   Pending before the Court is Defendant JPMorgan Chase Bank, N.A.'s motion to compel arbitration.  (Dkt. No. 12.)  When JPMorgan filed its motion, it set the hearing date for June 23, 2014.  (*See id.*)  Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to JPMorgan's motion was due no later than June 2, 2014.  Yet as of today, Plaintiff has filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why JPMorgan's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Friday, June 13, 2014, at 4:00 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to JPMorgan's motion.

   **IT IS SO ORDERED.**                                                                                     :

                                                                                   Initials of Preparer          rf