LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-03128-BRO (VBKx) | Date | September 22, 2014 |
|---|---|---|---|
| Title | Brandon Palacio v. JPMorgan Chase & CO et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL** | |
|---|---|---|
| Renee Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   **(IN CHAMBERS)**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

The docket reflects that Plaintiff is not actively pursuing this matter.   Defendant filed a Status Report, (Dkt. No. 18) indicating that Plaintiff has not submitted his claims to arbitration or otherwise initiated any arbitration proceedings.   Plaintiff can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation and the failure to submit the matter to arbitration.

Plaintiffs must respond to this order within 20 days.  Failure to respond to this OSC will be deemed consent to the dismissal of the action.

IT IS SO ORDERED.